1  CASEY A. GILLHAM
    Nevada Bar No. 11971
2  FRANCIS C. FLAHERTY
    Nevada Bar No. 5303
3  DYER, LAWRENCE, FLAHERTY,
    DONALDSON & PRUNTY
4  2805 Mountain Street
    Carson City, Nevada 89703
5  (775) 885-1896
    Fax: 775-885-8728
6  cgillham@dyerlawrence.com

7  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA ELDRIDGE-MURPHY, an individual, and the CLARK COUNTY EDUCATION ASSOCIATION, an Employee Organization, | CASE NO.: 2:13-cv-02175-JCM-GWF |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada | |
| Defendant. | |

COME NOW Plaintiffs LISA ELDRIDGE-MURPHY and CLARK COUNTY EDUCATION ASSOCIATION, and Respondent CLARK COUNTY SCHOOL DISTRICT, by and through their respective counsel of record, hereby stipulate and request an order dismissing this action in its

///
///
///
///
///
///

entirety with prejudice with each party to bear their own costs and fees for the claims and causes of action dismissed by this Stipulation and Order.

Dated this 9th day of June, 2016

Dated this 9th day of June, 2016.

/s/Casey A. Gillham
CASEY A. GILLHAM, ESQ.
DYER, LAWRENCE, FLAHERTY
DONALDSON & PRUNTY

Attorneys for Plaintiffs

/s/Jon Okazaki
JON OKAZAKI, ESQ.
CLARK COUNTY SCHOOL DISTRICT

Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 14, 2016